UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY L. RANDALL,<br><br>            Petitioner,<br><br>     v.<br><br>MICHAEL OBENLAND,<br><br>            Respondent. | No. C16-5632 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus [Dkt. #6], the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation [Dkt. #20].

(2)   The petition for writ of habeas corpus [Dkt. #6] is **DENIED**, and **dismissed with prejudice.**

(3)   The issuance of a certificate of appealability is **DENIED.**

(4)   The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Karen L. Strombom.

**DATED** this 20th day of December, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1